145 P.3d 916

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 1, 2006**

| | | |
|---|---|---|
| 27663 | K.D., In re | Affirmed |

**November 2, 2006**

| | | |
|---|---|---|
| 26865 | State v. Kido | Affirmed |
| 27735 | State v. Laysa | Affirmed |

**November 3, 2006**

| | | |
|---|---|---|
| 27517 | State v. Quang Do | Affirmed |

**November 6, 2006**

| | | |
|---|---|---|
| 27272 | State v. Deparini | Affirmed |

**November 8, 2006**

| | | |
|---|---|---|
| 26474 | Moore, In re Estate of | Affirmed |

**November 13, 2006**

| | | |
|---|---|---|
| 27675 | State v. Domingo | Affirmed |
| 27217 | State v. Kalai | Affirmed |
| 26463 | Stucky v. Brown | Affirmed |

**November 14, 2006**

| | | |
|---|---|---|
| 27704 | State v. Cuellar | Affirmed |